UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **Devone Mayo-Keller, Individually,** ) <br> **Plaintiff,** ) <br> ) <br> **v.** ) <br> ) <br> **SDH Pizza, Inc., and Steven** ) <br> **Douglas Hall,** ) <br> **Defendants.** ) <br> ) | **Case No.: 2:22-cv-675-MHH** |

## SUPPLEMENT TO JOINT MOTION FOR APPROVAL OF SETTLEMENT

COME NOW the parties, by and through their respective counsel, and supplement the Joint Motion to Approve Settlement filed May 17, 2024 [Doc. 38] with the Defendants' executed Settlement Agreement, attached as Exhibit A.

Respectfully submitted this the 22nd day of May, 2024.

/s/ Sharon D. Stuart
Sharon D. Stuart
*Attorney for SDH Pizza, Inc.
and Steven Douglas Hall*

**OF COUNSEL:**

CHRISTIAN & SMALL, LLP
505 20th Street North
Suite 1800
Birmingham, AL 35203
Telephone: (205) 795-6588
Fax: (205) 328-7234
sdstuart@csattorneys.com

4258161.1